No. 131, Misc. GREEN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 132, Misc. DUNBAR *v.* KEENAN ET AL. Supreme Court of Pennsylvania. Certiorari denied.

No. 133, Misc. SMITH *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 136, Misc. PRIORI *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 137, Misc. CARTER *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 138, Misc. CREWS *v.* NEW YORK. Supreme Court of New York, Clinton County. Certiorari denied.

No. 140, Misc. WIGGINS *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 149, Misc. DRAPER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 165, Misc. BELTOWSKI *v.* EVERSON ET AL. C. A. 8th Cir. Certiorari denied.